UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADIHA MINER, | No. 2:19-cv-1534-MCE-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| KU KLUX KLAN; SOCIAL SECURITY ADMINISTRATION SUPERVISOR JOHN, | |
| Defendants. | |

On March 31, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 6. No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed March 31, 2020 (ECF No. 6), are ADOPTED in full; and

2. This action is DISMISSED without prejudice for failure to state a claim as set forth in the February 14, 2020 order (ECF No. 5); and

1     3.  The Clerk of the Court is directed to close the case.

2     IT IS SO ORDERED.

3  Dated: April 28, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE